**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :   No. 120 WAL 2019
                                       :

        Respondent                  :

                                         :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

          v.                         :

                                         :

EDWARD CHESTER WALLS,            :

                                         :

        Petitioner                   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.